# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Holy Water Solutions, LLC, dba Zero Hazard, | Chapter 7 |
| **Debtor 1** | Case No. 1:21−bk−01577−HWV |

Social Security No.:

Employer's Tax I.D. No.:
85−0785656

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Steven M. Carr**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: August 9, 2023

**fnldec** (01/22)